E-FILED
Friday, 04 June, 2010  07:19:09 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| JEFFREY T. JONES and CHARLENE VINCENT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                          ) | No. |
| ) | |
| CITY of LINCOLN, a Municipal Corporation, ) | |
| Lincoln, Illinois, ) | |
| SHAUN PETTIT, Police Officer, City of Lincoln, ) | |
| JASON DeVORE, Police Officer, City of Lincoln ) | |
| and KEVIN LYNN, Police Officer, City of Lincoln, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Now come the Plaintiffs, JEFFREY T. JONES and CHARLENE VINCENT, by and though their counsel, Michael J. Costello and Douglas A. Muck, and for their Complaint against the Defendants CITY of LINCOLN, a Municipal Corporation, Lincoln, Illinois, and SHAUN PETTIT, Police Officer, City of Lincoln, and JASON DeVORE, Police Officer, City of Lincoln and KEVIN LYNN, Police Officer, City of Lincoln, respectfully allege as follows:

## INTRODUCTION

1.      This action arises under 42 USC  § 1983 to address the deprivation under color of state Law of the rights, privileges and immunities secured by the Constitution of the United States, and the Constitution of the State of Illinois in that the Defendants, and each of them violated the constitutional rights of the Plaintiffs by their actions prior to, at the time of, and subsequent to the events complained herein.

2.      On or about July 5 – July 6, 2008, the Plaintiffs, Jeffrey T. Jones and Charlene Vincent, at all times mentioned herein are citizens of the United States and residence of the County of Logan, Lincoln, Illinois.

3.      On or about July 5 – July 6, 2008, the Defendant, the City of Lincoln, Illinois a Municipal Corporation, was and still is a political subdivision of the State of Illinois, organized and existing under and by virtue of the laws of the State of Illinois and at all times mentioned herein was acting under color of state law and was charged *inter alia*, with enforcing the laws of the State of Illinois.

4.      On or about July 5 – July 6, 2008, the Defendant Shaun Pettit, was and is at all times here and after a police officer of the City of Lincoln, Illinois, a Municipal Corporation, Lincoln, Illinois and at all times mentioned herein was acting in his official capacity and under color of state law on behalf of the City of Lincoln, a Municipal Corporation, Lincoln, Illinois, as a law enforcement agent to enforce the laws of the State of Illinois as the agent of the City of Lincoln, Lincoln, Illinois.

5.      On or about July 5 – July 6, 2008, the Defendant Jason DeVore, was and is at all times here and after a police officer of the City of Lincoln, Illinois, a Municipal Corporation, Lincoln, Illinois and at all times mentioned herein was acting in his official capacity and under color of state law on behalf of the City of Lincoln, a Municipal Corporation, Lincoln, Illinois, as a law enforcement agent to enforce the laws of the State of Illinois as the agent of the City of Lincoln, Lincoln, Illinois.

6.      On or about July 5 – July 6, 2008, the Defendant Kevin Lynn, was and is at all times here and after a police officer of the City of Lincoln, Illinois, a Municipal Corporation, Lincoln, Illinois and at all times mentioned herein was acting in his official

capacity and under color of state law on behalf of the City of Lincoln, a Municipal Corporation, Lincoln, Illinois, as a law enforcement agent to enforce the laws of the State of Illinois as the agent of the City of Lincoln, Lincoln, Illinois.

## STATEMENT OF FACTS

7.      The Plaintiffs, Jones and Vincent were attending "Heritage Days" 4th of July weekend festival, arriving in downtown Lincoln, Illinois around 9:00 p.m.

8.      After listening to music and socializing with other people for a while, Jones and Vincent went to the Alley-Bi Saloon on Pulaski Street in Lincoln, Illinois. Plaintiffs, Jones and Vincent, met with some people that they knew, including Illinois State Trooper Craig Rios, with whom they had a few drinks.  Lincoln City Police Officer Jason Lucas was also present and talking and socializing with Plaintiffs, Jones and Vincent.

9.      When last call occurred at approximately 1:45 a.m., Jones shared one more drink with Craig Rios and then Jones and Vincent walked outside through the alley entrance door with Jason Lucas, crossed the alley and were standing in a small parking lot which serves the tavern and another nearby tavern known as Character's Pub.

10.      Jones and Vincent and Jason Lucas were talking for a few minutes and heard voices emanating from a group of young men standing at the west end of the parking lot about 1/3 to ½ of a block away.

11.      The voices got louder and suddenly one young man, Shaun Pettit, came running at Jones and Vincent and Jason Lucas, with a second man following at a slightly slower pace.

12.     More of the group followed and appeared to watch the events that occurred next.

13.     As the Defendant, Shaun Pettit closed in on Plaintiff Jones, Jason Lucas obviously recognized him and began yelling, No, no.  It's alright, stop…"

14.     The man charged into Plaintiff Jones, pushing him with both hands, causing Jones to stumble backwards.

15.     Jason Lucas then tried to restrain the man, Defendant Shaun Pettit, yelling "Stop, don't do that!"

16.     Vincent was standing at Jones right a few feet away from the attacker and said, "You don't want to do that, calm down, be cool…"

17.     In response to this Pettit grabbed Vincent's hand, bending her thumb backwards with enough force that her thumb rings were pulled off.

18.     Vincent yelled out in pain and pulled away from Pettit.

19.     Jason Lucas tried to hold Pettit back, who continued to reach around Lucas in an effort to get at Jones.

20.     Pettit was yelling, "You ain't that tough, (expletive)-you, you can't (expletive) with us", meaning the Lincoln City Police officers, and other words in an effort to induce a fight.

21.     Jason Lucas continued telling Shaun Pettit to "back off, calm down, etc."

22.     Jones replied "What are you talking about?  Who are you?  Just back off, etc.".  Vincent said, "Just stop, don't do that" as Pettit continued to try to get to Jones. Pettit then turned to Vincent and grabbed her by her face and neck area and twisted her head sideways causing Vincent to cry out in pain.

23.     In response, to defend Vincent, Jones struck Pettit one time with his fist, knocking Pettit backwards.

24.     During Pettit's attack, other Lincoln City Police officers were standing behind him.

25.     After Jones' punch in defense of Vincent, Pettit backed into the group of other police officers and began yelling at Jones,  "We'll beat your ass, calling out his address to Jones, come out anytime and we'll take care of you and beat your ass, etc"

26.     Jason Lucas then told Jones and Vincent, "Just go.  It is okay."

27.     Jones and Vincent then walked past the group of Lincoln police officers and went to their car while Pettit (and possibly others) continued to yell at them.

28.     Jones and Vincent drove away and went to a friend's house for a few minutes.  They then spent a while driving around in Lincoln, Illinois.

29.     About an hour after the incident, they drove back by Character's Pub parking lot, where the incident occurred, and the same group of Lincoln police officers were still standing in the lot.

30.     As they drove toward the Lincoln Motel on Woodlawn Road, they noticed a vehicle following them.

31.     As Jones and Vincent parked and exited their vehicle they saw that the car following them stopped in the middle of Woodlawn Road with the driver talking on the cell phone.

32.     Jones walked towards the vehicle and could hear the driver saying, "He is walking towards me…", after which the driver put the vehicle in reverse and accelerated rapidly, driving in high speed in reverse.

33.     Within moments, three to four Lincoln City Police vehicles arrived at the motel and several officers accosted Jones and arrested him for Aggravated Battery.

34.     The arresting officers were Defendants, Jason DeVore and Kevin Lynn.

35.     During the arrest process, Officer Lynn stated to Jones "We'll show you what happens when you (expletive) with one of ours."

36.     Vincent was not arrested.

37.     Jones was held in jail for a period of time, bond was apparently set by telephone calls or a directive of the State's Attorney, Tim Huyett, at $20,000.00 with 10% to apply.

38.     The $2,000.00 was posted by Jones' family and after being released from jail; Jones went directly to Tim Huyett to complain about the matter.

39.     After talking with State's Attorney Huyett; Assistant Police Chief Michael Geriets called Jones and advised him that a State Trooper wanted to talk to him.

40.     Jones and Vincent submitted to interviews with the Illinois State Trooper.

41.     Apparently, further investigation was conducted the Illinois State Police and no criminal charge was filed against Jones with respect to the incident.

42.     Several days passed and the bond was refunded to Jones by mail.

43.     Jones was never required to appear in court with respect to any charges filed pursuant to the arrest.

44.     Following this incident, Lincoln City Police pursued other incidents in which Jones allegedly committed offenses, none of which resulted in any charges being filed until the present criminal charges occurred involving Ricky Hopp and his friends.

45. Jones believes that Lincoln City Police encouraged Hopp to seek an Order of Protection against Jones and provided him with advice and encouragement to gain Ricky Hopp, Jr.'s cooperation so that Jones could be arrested and charged again.

46. One of the present charges involves Jones alleged possession of a firearm, ammunition (.22 caliber cartridges) allegedly found in his pocket when he was arrested after Ricky Hopp fired shots at him.

47. Ricky Hopp, Jr., the Plaintiff Vincent's 18 year old son had previously fired shots at Jeff Jones.

48. Apparently, Lincoln Police Officers incorrectly presumed and falsely asserted the Plaintiff, Jones, was still subject to an Order of Protection obtained by Ricky Hopp, Jr. at the time, Ricky Hopp Jr. fired shots at the Plaintiff, Jeff Jones.

## COUNT I

Now comes the Plaintiff, JEFFREY T. JONES, by and through his counsel, Michael J. Costello and Douglas A. Muck and for his Complaint complaining of the Defendants CITY of LINCOLN, a Municipal Corporation, Lincoln, Illinois, and SHAUN PETTIT, Police Officer, City of Lincoln, and JASON DeVORE, Police Officer, City of Lincoln and KEVIN LYNN, Police Officer, City of Lincoln, respectfully states as follows:

49. Plaintiff repeats, realleges and adopts Paragraphs 1 – 48 of this Complaint as and for Paragraphs 1 – 48 of Count I of this Complaint and expressedly incorporates the same herein as though set forth in full as in *haec verba.*

50. By reason of the acts and the conducts of the Defendants while acting under color of state law and in their official capacity and each of them, Plaintiff was

caused to and did suffer personal injuries, a great shock to his nervous system, emotional distress and injury, great humiliation and embarrassment and was thereby damaged in Plaintiff's reputation of which is permanent and was subject to unlawful arrest at the time of the events complained herein.

51.     As a result, the conduct of the Defendants was so egregious, wanton and willful, the Plaintiff requests that he be awarded punitive damages.

52.     As a result of the actions of the Defendants and each of them, the Plaintiff requests that Plaintiff be awarded Plaintiffs attorneys fees to paid by the Defendants and each of them, pursuant to 42 USC § 1988.

Wherefore the Plaintiff Jeffrey T. Jones moves for Judgment against the Defendants, CITY of LINCOLN, a Municipal Corporation, Lincoln, Illinois, and SHAUN PETTIT, Police Officer, City of Lincoln, and JASON DeVORE, Police Officer, City of Lincoln and KEVIN LYNN, Police Officer, City of Lincoln in excess of $50,000.00, plus costs of suit.

## COUNT II

Now comes the Plaintiff, CHARLENE VINCENT, by and through his counsel, Michael J. Costello and Douglas A. Muck and for his Complaint complaining of the Defendants CITY of LINCOLN, a Municipal Corporation, Lincoln, Illinois, and SHAUN PETTIT, Police Officer, City of Lincoln, and JASON DeVORE, Police Officer, City of Lincoln and KEVIN LYNN, Police Officer, City of Lincoln, respectfully states as follows:

53.    Plaintiff repeats, realleges and adopts Paragraphs 1 – 48 of this Complaint as and for Paragraphs 1 – 48 of Count I of this Complaint and expressly incorporates the same herein as though set forth in full as in *haec verba*.

54.    By reason of the acts and the conducts of the Defendants while acting under color of state law and in their official capacity and each of them, Plaintiff was caused to and did suffer personal injuries, a great shock to her nervous system, emotional distress and injury, great humiliation and embarrassment and was thereby damaged in Plaintiff's reputation of which is permanent and was subject to events complained herein.

55.    As a result, the conduct of the Defendants was so egregious, wanton and willful, the Plaintiff requests that she be awarded punitive damages.

56.    As a result of the actions of the Defendants and each of them, the Plaintiff requests that Plaintiff be awarded Plaintiffs attorneys fees to paid by the Defendants and each of them, pursuant to 42 USC § 1988.

Wherefore the Plaintiff  Charlene Vincent moves for Judgment against the Defendants, CITY of LINCOLN, a Municipal Corporation, Lincoln, Illinois, and SHAUN PETTIT, Police Officer, City of Lincoln, and JASON DeVORE, Police Officer, City of Lincoln and KEVIN LYNN, Police Officer, City of Lincoln in excess of $50,000.00, plus costs of suit.

**PLAINTIFFS DEMAND TRIAL BY JURY**

RESPECTFULLY SUBMITTED

JEFFREY T. JONES and CHARLENE VINCENT, Plaintiffs

s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiffs
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
Fax No.:  (217) 544-7500
costello.m@sbcglobal.net


s/ Douglas A. Muck
Douglas A. Muck Bar Number 3124900
Attorney for Plaintiffs
Century Building, Suite 2
207 S. McLean Street
Lincoln, Illinois 62656
(217) 732-4000
mucklawoffice@aol.com