E-FILED
Friday, 03 September, 2010 03:18:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNIT STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JEFFREY T. JONES and CHARLENE VINCENT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-cv-3131 |
| | ) | |
| CITY of LINCOLN, a Municipal Corporation, | ) | |
| Lincoln, Illinois, | ) | |
| SHAUN PETTIT, Police Officer, City of Lincoln, | ) | |
| JASON DeVORE, Police Officer, City of Lincoln | ) | |
| and KEVIN LYNN, Police Officer, City of Lincoln, | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO MOTION TO DISMISS CITY OF LINCOLN, ILLINOIS A MUNICIPAL CORPORATION

Now come the Plaintiffs, JEFFREY T. JONES and CHARLENE VINCENT, by and though their counsel, Michael J. Costello and Douglas A. Muck, and for their Response to Motion to Dismiss City of Lincoln, Illinois a Municipal Corporation, respectfully allege as follows:

1. The Plaintiff's concedes that they cannot in good faith allege any claims against the city of Lincoln, Illinois a municipal Corporation pursuant to Monelld Department of Social Services of City of New York, 436 US 658,694(1978)

2. The Plaintiff's concede that the city of Lincoln, Illinois, a municipal should be dismissed.

1

RESPECTFULLY SUBMITTED

JEFFREY T. JONES and CHARLENE VINCENT, Plaintiffs

        s/ Michael J. Costello
        Michael J. Costello Bar Number 522627
        Attorney for the Plaintiffs
        Costello Law Office
        820 South Second Street
        First Floor
        Springfield, Illinois 62704
        Telephone No.: (217) 544-5500
        Fax No.: (217) 544-7500
        costello.m@sbcglobal.net

        s/ Douglas A. Muck
        Douglas A. Muck Bar Number 3124900
        Attorney for Plaintiffs
        Century Building, Suite 2
        207 S. McLean Street
        Lincoln, Illinois 62656
        (217) 732-4000
        mucklawoffice@aol.com