## Verdict Form 1

We, the jury, unanimously find the following by a preponderance of the evidence:

(1) Did Shawn Pettit act under color of law on July 5, 2008?

Answer: Yes_____ No  X

IF YOU ANSWERED "YES" TO PART 1, PROCEED TO PART 2. OTHERWISE, PLEASE STOP.

(2) Did Shawn Pettit use excessive force on Ms. Vincent on July 5, 2008?

Answer: Yes_____ No_____

IF YOU ANSWERED "YES" TO PART 2, PROCEED TO PART 3. OTHERWISE, PLEASE STOP.

(3) Did Shawn Pettit's act, described in Part (2) above, cause injury to Ms. Vincent?

Answer: Yes_____ No_____

IF YOU ANSWERED "YES" TO PART 3, PROCEED TO PART (4)(A), AND SKIP PART (4)(B). IF YOU ANSWERED "NO" TO PART 3, SKIP PART 4(A) AND PROCEED TO PART 4(B).

(4)(A) Please state the amount that will fairly compensate Ms. Vincent for any injury she actually sustained as a result of Shawn Pettit's conduct.

Answer: $_____

(Fill in Dollar Figure)

(4)(B) Because we answered "No" to Part 3, Ms. Vincent is awarded nominal damages in the amount of $ 1.00.

AFTER ANSWERING PART 4, PROCEED TO PART 5.

(5)(A) Did Shawn Pettit act maliciously or wantonly in violating Ms. Vincent's rights?

Answer: Yes_____ No_____


IF YOU ANSWERED "YES" TO PART (5)(A), PROCEED TO PART (5)(B). OTHERWISE, PLEASE STOP.

(5)(B) Do you award punitive damages against Shawn Pettit?

Answer: Yes_____ No_____

If yes, in what amount?


Answer: $_____

(Fill in Dollar Figure)


SO SAY WE ALL, this 23 day of January, 2014.

| s/ Foreperson | s/ Juror |
|---|---|
| _____ | |
| Foreperson | s/ Juror |
| s/ Juror | |
| | s/ Juror |
| s/ Juror | |
| | s/ Juror |
| s/ Juror | |

# Verdict Form 2

We, the jury, unanimously find the following by a preponderance of the evidence:

(1)  Did Shawn Pettit act under color of law on July 5, 2008?

Answer: Yes_____  No__X__

IF YOU ANSWERED "YES" TO PART 1, PROCEED TO PART 2. OTHERWISE, PLEASE STOP.

(2)  Did Shawn Pettit use excessive force on Mr. Jones on July 5, 2008?

Answer: Yes_____  No_____

IF YOU ANSWERED "YES" TO PART 2, PROCEED TO PART 3. OTHERWISE, PLEASE STOP.

(3)  Did Shawn Pettit's act, described in Part (2) above, cause injury to Mr. Jones?

Answer: Yes_____  No_____

IF YOU ANSWERED "YES" TO PART 3, PROCEED TO PART (4)(A), AND SKIP PART (4)(B). IF YOU ANSWERED "NO" TO PART 3, SKIP PART 4(A) AND PROCEED TO PART 4(B).

(4)(A) Please state the amount that will fairly compensate Mr. Jones for any injury he actually sustained as a result of Shawn Pettit's conduct.

Answer: $_____

(Fill in Dollar Figure)

(4)(B) Because we answered "No" to Part 3, Mr. Jones is awarded nominal damages in the amount of $ 1.00.

AFTER ANSWERING PART 4, PROCEED TO PART 5.

(5)(A) Did Shawn Pettit act maliciously or wantonly in violating Mr. Jones' rights?

Answer: Yes_____ No_____

IF YOU ANSWERED "YES" TO PART (5)(A), PROCEED TO PART (5)(B). OTHERWISE, PLEASE STOP.

(5)(B) Do you award punitive damages against Shawn Pettit?

Answer: Yes_____ No_____

If yes, in what amount?

Answer: $_____

(Fill in Dollar Figure)

SO SAY WE ALL, this 23 day of January, 2014.

s/ Foreperson

Foreperson

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

# Verdict Form 3

We, the jury, unanimously find the following by a preponderance of the evidence:

(1)　Did Kevin Lynn lack probable cause to arrest Jeffrey Jones on July 5, 2008?

Answer: Yes_____ No__X__

IF YOU ANSWERED "YES" TO PART 1, PROCEED TO PART 2. OTHERWISE, PLEASE STOP.

(2)　Did Kevin Lynn's act, described in Part (1) above, cause injury to Mr. Jones?

Answer: Yes_____ No_____

IF YOU ANSWERED "YES" TO PART 2, PROCEED TO PART (3)(A), AND SKIP PART (3)(B). IF YOU ANSWERED "NO" TO PART 2, SKIP PART 3(A) AND PROCEED TO PART 3(B).

(3)(A) Please state the amount that will fairly compensate Mr. Jones for any injury he actually sustained as a result of Kevin Lynn's conduct.

Answer: $_____

(Fill in Dollar Figure)

(3)(B) Because we answered "No" to Part 3, Mr. Jones is awarded nominal damages in the amount of $ 1.00.

AFTER ANSWERING PART 3, PROCEED TO PART 4.

(4)(A) Did Kevin Lynn act maliciously or wantonly in violating Mr. Jones' rights?

Answer: Yes_____ No_____

IF YOU ANSWERED "YES" TO PART (4)(A), PROCEED TO PART (4)(B). OTHERWISE, PLEASE STOP.

(4)(B) Do you award punitive damages against Kevin Lynn?

Answer: Yes_____ No_____

If yes, in what amount?

Answer: $_____

(Fill in Dollar Figure)

SO SAY WE ALL, this __23__ day of January, 2014.

s/ Foreperson

Foreperson

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror