E-FILED
Monday, 27 January, 2014 06:10:09 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| **JEFFREY T. JONES and CHARLENE VINCENT,** | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case Number: **10-3131** |
| | ) | |
| | ) | |
| **CITY OF LINCOLN, IL, KEVIN LYNN, SHAWN PETTIT, and KEITH DeVORE,** | ) | |
| Defendant | ) | |

## JUDGMENT IN A CIVIL CASE

**XXX JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the issues have been tried and the jury has entered its verdict on 1/23/2014 in favor of the defendants, Kevin Lynn and Shawn Pettit, and against the plaintiffs, Jeffrey T. Jones and Charlene Vincent.---------------------------------------------------------

09/14/2010--Pursuant to a Text Order entered by Chief Judge Michael P. McCuskey, Defendant City of Lincoln dismissed with prejudice.-----------------------------------------------------------------

01/22/2014--Pursuant to a Text Order entered by Judge Sue E. Myerscough, Defendant Keith DeVore dismissed without prejudice.---------------------------------------------------------------------

**Dated:** January 27, 2014

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court